```
              DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )
                               )
     v.                        )    Criminal No. 2015-50
                               )
KEVIN HENLEY,                  )
                               )
           Defendant.          )
                               )
```

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Delia Smith, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States of America,*

**Robert King, Esq.**
Law Offices of Robert King
St. Thomas, VI
    *For Kevin Henley.*

## JUDGMENT[1]

**GÓMEZ, J.**

Before the Court is the motion of Kevin Henley ("Henley") seeking a judgment of acquittal.

A judgment of acquittal is appropriate if after reviewing the record in a light most favorable to the prosecution, the Court determines that no rational jury could find proof of guilt beyond a reasonable doubt and the verdict is supported by substantial evidence. *United States v. Bobb,* 471 F.3d 491, 494

---

[1] The Court will issue a memorandum opinion outlining its reasons at a later date.

*United States v. Henley*
Criminal No. 2015-50
Order
Page 2

(3d Cir.2006). The government may sustain this burden entirely through circumstantial evidence. *Id.; see also United States v. Wexler,* 838 F.2d 88, 90 (3d Cir.1988). "It is not [the Court's] role to weigh the evidence or to determine the credibility of the witnesses." *United States v. Cothran,* 286 F.3d 173, 175 (3d Cir.2002)

The premises considered, it is hereby

**ORDERED** that the motion for judgment of acquittal is hereby **GRANTED**; it is further

**ORDERED** that Kevin Henley is hereby **ACQUITTED** of the crime alleged at Count One of the Indictment in this matter; it is further

**ORDERED** that the indictment is **DISMISSED**; it is further

**ORDERED** that the trial setting in this matter is hereby **VACATED**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez
District Judge**